The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UBERVITA, LLC, | ) No. 14-00996-MJP |
| Plaintiff, | ) ORDER GRANTING |
| vs. | ) *EX PARTE* MOTION FOR LEAVE TO SEEK THIRD PARTY DISCOVERY TO LEARN DEFENDANTS' IDENTITIES |
| JOHN DOES 1-10, | ) |
| Defendants. | ) |

Having reviewed Ubervita, LLC's *ex parte* motion for leave to seek third party discovery to learn defendants' identities, and deeming itself fully advised, the Court finds and orders as follows:

1. Ubervita's motion is granted.

2. Ubervita may serve subpoenas on Amazon, Inc. (or other appropriate Amazon entity), and Craiglist, Inc. (or other Craigslist entity), intended to learn the John Doe defendants' identities, including their names, addresses, telephone numbers, email addresses, ip addresses, web hosts, credit card information, bank account information, and any other identifying information.

//

//

ORDER GRANTING *EX PARTE* MOTION
FOR LEAVE TO SEEK THIRD PARTY
DISCOVERY TO LEARN DEFENDANTS'
IDENTITIES - 1

NO. 14-00996-MJP

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

DATED this 9th day of July, 2014.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
Chief United States District Judge

Presented by:

By /s/ Michael G. Atkins
  Michael G. Atkins
  WSBA# 26026
  Atkins Intellectual Property, PLLC
  93 South Jackson Street #18483
  Seattle, WA 98104-2818
  T (206) 628-0983/F (206) 299-3701
  E-mail: mike@atkinsip.com

ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO SEEK THIRD PARTY DISCOVERY TO LEARN DEFENDANTS' IDENTITIES - 2

NO. 14-00996-MJP

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701